FILED IN CLERK'S OFFICE
U.S.D.C. -Gainesville

SEP 6 2011

JAMES N. HATTEN, Clerk
By: Don Stanhope
Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

| | |
|---|---|
| GREG BOWLEN, ET AL | : |
| Plaintiff, | : |
| VERSUS | : CIV. NO.2:10-cv-00243-WCO |
| TRITT CONTRACTING, INC., ET AL | : |
| Defendant | : |

O R D E R

Plaintiff originally filed the above-captioned case on November 24, 2010, the court's docket reflects that the most recent activity in this case occurred on February 2, 2011. Because the case has been pending in this court for more than six months without any substantial proceedings of record having been taken, the court may dismiss the case without notice to the parties. LR 41.3A(A), NDGa. Accordingly, the instant case is hereby DISMISSED without prejudice for want of prosecution.

IT IS SO ORDERED this 6th day of September, 2011.

WILLIAM C. O'KELLEY
Senior United States District Judge